ELECTRONIC RECORD

**482-13**

CCA # 14-12-00758-CR

OFFENSE  Assault

STYLE:  Alex Terrelldevon Jackson v. The State of Texas

COUNTY  Harris

TRIAL COURT:  262nd District Court

_____ MOTION

TRIAL COURT #:  1276724

FOR REHEARING IS: _____

TRIAL COURT JUDGE:  Judge, 262nd District Court

DATE: _____

DISPOSITION: *Affirmed as Modified*

JUDGE: _____

DATE:  3/26/13

JUSTICE: _____  PC ✓ S ___

PUBLISH: _____  DNP: ✓

CLK RECORD: 1 Vol.

SUPP CLK RECORD  1 Vol.

RPT RECORD: 1 Vol.

SUPP RPT RECORD  No

STATE BR:  Yes

~~SUPP~~ *Amended* BR  Yes

APP BR:  Yes

PRO SE BR  No

## IN THE COURT OF CRIMINAL APPEALS

State's _____ Petition

CCA # **482-13**

FOR DISCRETIONARY REVIEW IN CCA IS:

Disposition: _____

Granted & remanded

DATE: _____

DATE:  April 16, 2014

JUDGE: _____

JUDGE:  Pc

SIGNED: _____  PC: _____

PUBLISH: _____  DNP: _____

_____ MOTION FOR REHEARING IN

MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____

_____ ON _____

JUDGE: _____

JUDGE: _____